MD AL MODIFIED AO 440 (Rev. 12/09) Summons in a Civil Action

# UNITED STATES DISTRICT COURT

for the

Middle District of Alabama

Pinnacle Bank
*Plaintiff*
v.
Patrick Cox
*Defendant*

Civil Action No. 3:21- cv- 626

## SUMMONS IN A CIVIL ACTION

To: *(Defendant's name and address)* Patrick Cox
1711 Fairway Drive
Auburn, AL 36830

A lawsuit has been filed against you.

Within 21 days after service of this summons on you (not counting the day you received it) — or 60 days if you are the United States or a United States agency, or an officer or employee of the United States described in Fed. R. Civ.P. 12 (a)(2) or (3) — or 90 days in a Social Security action — you must serve on the plaintiff an answer to the attached complaint or a motion under Rule 12 of the Federal Rules of Civil Procedure. The answer or motion must be served on the plaintiff or plaintiff's attorney, whose name and address are:

Jayna P. Lamar
Attorney for Pinnacle Bank
1901 6th Avenue North
Suite 1700
Birmingham, AL 35203

If you fail to respond, judgment by default will be entered against you for the relief demanded in the complaint. You also must file your answer or motion with the court.

*DEBRA P. HACKETT, CLERK OF COURT*

Date: SEP 23 2021

C Lowman
*Signature of Clerk or Deputy Clerk*

MD AL MODIFIED AO 440 (Rev. 02/09) Summons in a Civil Action (Page 2)

Civil Action No.

## PROOF OF SERVICE

***(This section should not be filed with the court unless required by Fed. R. Civ. P. 4(1))***

This summons for *(name of individual and title, if any)* Patrick Cox
was received by me on *(date)* 9/23/2021 .

❐ I personally served the summons on the individual at *(place)* ____________ on *(date)* ____________ ; or

☒ I left the summons at the individual's residence or usual place of abode with *(name)* Lisa Clark ____________ , a person of suitable age and discretion who resides there,
on *(date)* 9/23/2021 , and mailed a copy to the individual's last known address; or

❐ I served the summons on *(name of individual)* ____________ , who is designated by law to accept service of process on behalf of *(name of organization)* ____________ on *(date)* ____________ ; or

❐ I returned the summons unexecuted because ____________ ; or

❐ Other *(specify)*:

My fees are $ ______ for travel and $ ______ for services, for a total of $ 0.00 .

I declare under penalty of perjury that this information is true.

Date: 9/23/2021

Bradley Christenberry
*Server's signature*

Bradley Christenberry-Adjuster
*Printed name and title*

8301 Old Federal Rd. Montgomery, AL 36117
*Server's address*

Additional information regarding attempted service, etc: